UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON

Civil Action No. 13-103-HRW

ERIC LLOYD HERMANSEN,                         PETITIONER,

v.                                       **ORDER**

RANDY WHITE, WARDEN, *et al.*,                         RESPONDENTS.

Eric Lloyd Hermansen filed, *pro se*, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Robert E. Wier for a Report and Recommendation. Magistrate Judge Wier found that this matter is a successive application for relief and recommends that the matter be transferred to the Sixth Circuit [Docket No.15].

Petitioner has filed objections [Docket No. 14]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 15] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the petition be **TRANSFERRED** to the Sixth Circuit pursuant to 28 U.S.C. § 1631, this matter **STRICKEN** from the docket of this Court and no Certificate of Appealability be issued.

This 21st day of August 2014.

Signed By:
Henry R. Wilhoit Jr.
United States District Judge